UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Gerald Koppes, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>HCA HOLDINGS, INC.,<br>COLUMBIA/HCA HEALTHCARE<br>CORPORATION OF CENTRAL TEXAS,<br>and METHODIST HEALTHCARE<br>OF SAN ANTONIO, LTD., L.P.P.,<br><br>Defendants. | Civ. A. No. 5:16-cv-00376-FB *SEALED*<br><br>**FILED UNDER SEAL**<br>**AND *IN CAMERA*** |

## CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

Relator Gerald Koppes, M.D. moves to dismiss this *qui tam* action voluntarily and without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Under the False Claims Act, a *qui tam* action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). The United States has informed Relator that it intends to decline to intervene and consents to dismissal of this action without prejudice. The parties request that the Court grant this motion and enter the attached order, which will unseal the *qui tam* Complaint and dismiss this action without prejudice.

Date: November 20, 2017

Respectfully submitted,

GERARLD KOPPES, M.D.
Relator

By: _____
LEVY KONIGSBERG LLP
Alan J. Konigsberg
Akonigsberg@levylaw.com
Brendan E. Little

Blittle@levlaw.com
800 Third Avenue, 11th Floor
New York, NY 10022
Phone: (212) 605-6282
Fax: (212) 605-6290

*Attorneys for Relator Gerald Koppes, M.D.*


RICHARD L. DURBIN, JR.
United States Attorney

_____
JOHN J. LoCURTO
Assistant United States Attorney
Texas Bar No. 24073750
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7362
Fax: (210) 384-7322
Email: john.locurto@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Gerald Koppes, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>HCA HOLDINGS, INC.,<br>COLUMBIA/HCA HEALTHCARE<br>CORPORATION OF CENTRAL TEXAS,<br>and METHODIST HEALTHCARE<br>OF SAN ANTONIO, LTD., L.P.P.,<br><br>Defendants. | Civ. A. No. 5:16-cv-00376-FB *SEALED*<br><br>FILED UNDER SEAL |

## ORDER UNSEALING AND DISMISSING *QUI TAM* ACTION

The Court, having noted that the Relator Gerald Koppes, M.D., has moved pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss this *qui tam* action without prejudice, and having noted that the United States consents to the dismissal, orders as follows:

1. Relator's Consent Motion to Dismiss Without Prejudice is GRANTED and this action is hereby DISMISSED WITHOUT PREJUDICE.

2. The Clerk is directed to UNSEAL the following items: (1) the Complaint; (2) Relator's Consent Motion to Dismiss Without Prejudice; and (3) this Order.

3. Except as otherwise provided in the preceding paragraph, all documents filed in this action prior to the date of this Order shall remain UNDER SEAL.

4. The seal is lifted as to all documents filed after the date of this Order.

IT IS SO ORDERED.

SIGNED on November ___, 2017

                                            HON. FRED BIERY
                                            UNITED STATES DISTRICT JUDGE