FILED
NOV 27 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> *ex rel.* Gerald Koppes, M.D., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HCA HOLDINGS, INC., § <br> COLUMBIA/HCA HEALTHCARE § <br> CORPORATION OF CENTRAL TEXAS, § <br> and METHODIST HEALTHCARE § <br> OF SAN ANTONIO, LTD., L.P.P., § <br> § <br> Defendants. § | Civ. A. No. 5:16-cv-00376-FB *SEALED* <br><br> **FILED UNDER SEAL** |

**ORDER UNSEALING AND DISMISSING *QUI TAM* ACTION**

The Court, having noted that the Relator Gerald Koppes, M.D., has moved pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss this *qui tam* action without prejudice, and having noted that the United States consents to the dismissal, orders as follows:

1. Relator's Consent Motion to Dismiss Without Prejudice is GRANTED and this action is hereby DISMISSED WITHOUT PREJUDICE.

2. The Clerk is directed to UNSEAL the following items: (1) the Complaint; (2) Relator's Consent Motion to Dismiss Without Prejudice; and (3) this Order.

3. Except as otherwise provided in the preceding paragraph, all documents filed in this action prior to the date of this Order shall remain UNDER SEAL.

4. The seal is lifted as to all documents filed after the date of this Order.

IT IS SO ORDERED.

SIGNED on November 27, 2017

HON. FRED BIERY
UNITED STATES DISTRICT JUDGE

3